IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TK SERVICES, INC. ) | CASE NO. 14-11062-BFK |
|     Debtor ) | (Chapter 11) |
| ) | |
| _____ ) | |
| ) | |
| TK SERVICES, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | AP NO. 15-01168 |
| ) | |
| ) | |
| PALM NATIONAL PARTNERS LLC., ) | |
| ) | |
|     Defendant ) | |
| _____ | |

**NOTICE OF FILING MOTION TO COMPROMISE CONTROVERSIES**

Please take notice that Plaintiff on July 27, 2016, filed and served a "Notice and Motion to Approve Settlement or Controversy" in the main bankruptcy case (No.14-11062) in connection with this adversary matter.

/s/Christopher S. Moffitt
Christopher S. Moffitt #18195
218 North Lee Street
Alexandria, Virginia  22314
(703) 683-0075

*Counsel for Plaintiff*